**Dale William NICHOLS, Appellant, v. UNIT-
ED STATES of America.**

**No. 14697.**

United States Court of Appeals
Eighth Circuit.

March 23, 1953.

Eldon J. Huisman, Grundy Center, Iowa,
for appellant.

Michael L. Mason, U. S. Atty., Mason
City, Iowa, for appellee.

**PER CURIAM.**

Appeal from District Court, 105 F.Supp.
543, dismissed, on dismissal of appeal filed
by appellant.

**UNITED STATES of America ex rel. Eulalia
FIGUEIREDO, Relator-Appellant, v. DIS-
TRICT DIRECTOR OF IMMIGRATION
AND NATURALIZATION OF PORT OF
NEW YORK, Respondent-Appellee.**

**No. 214, Docket 22646.**

United States Court of Appeals
Second Circuit.

Argued April 7, 1953.

Decided April 16, 1953.

The relator appeals from dismissal of a
writ of habeas corpus sued out to test the
legality of her detention for deportation.

Blanch Freedman and Gloria Agrin, New
York City, for appellant.

Myles J. Lane, U. S. Atty., William J.
Sexton, Asst. U. S. Atty., Louis Steinberg,
Dist. Counsel, and Max Blau and Lester
Friedman, Attorneys, Immigration and
Naturalization Service, New York City, of
counsel, for appellee.

Before SWAN, Chief Judge, and
CLARK and FRANK, Circuit Judges.

**PER CURIAM.**

The appellant's contentions that section
22 of the Subversive Control Act of 1950,
64 Stat. 987, 1006, is unconstitutional are
sufficiently answered in Harisiades v.
Shaughnessy, 342 U.S. 580, 72 S.Ct. 512,
96 L.Ed. 586 and Heikkila v. Barber, 73
S.Ct. 603. On the authority of those de-
cisions the judgment is affirmed. Our man-
date will be issued forthwith.

**NORTHWESTERN STEEL & WIRE COM-
PANY, Appellant, v. Mark KUHN.**

**No. 14719.**

United States Court of Appeals
Eighth Circuit.

March 2, 1953.

L. J. Cohrt and B. F. Swisher, Waterloo,
Iowa, for appellant.

Frank R. Miller, Decorah, Iowa, for ap-
pellee.

**PER CURIAM.**

Appeal from District Court dismissed,
on dimissal of appeal filed by appellant.

**UNITED STATES of America, Appellant, v.
R. H. BECHTHOLD, First and Real
Name Unknown.**

**No. 14631.**

United States Court of Appeals
Eighth Circuit.

March 5, 1953.

P. W. Lanier, U. S. Atty., Fargo, N. D.,
for appellant.

J. K. Murray, Bismarck, N. D., for ap-
pellee.

**PER CURIAM.**

Appeal from District Court dismissed for
want of prosecution.